

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00194-CV

CITY OF SAN BENITO, TEXAS
v.
CAMERON COUNTY DRAINAGE DISTRICT NO. 3 AND CAMERON COUNTY
IRRIGATION DISTRICT NO. 2, JAMES D. PENNY AND LARRY GARCIA

On Appeal from the
103rd District Court of Cameron County, Texas
Trial Cause No. 2019-DCL-0920-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

September 24, 2020